# EXHIBIT C

# INVOICE

**Pittsburgh Reporting Service** (412)575-5830  Fax (412)575-5825

u1650

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 61701 | 12/13/2012 | 10335 |
| Job Date | Case No. | |
| 12/11/2012 | 12 CV 387 | |

**Case Name**

Cousins Submarines vs. Federal Insurance Co.

DP0/10716-2

**Payment Terms**

Net 30

Douglas P. Dehler
O'Neil, Cannon, Hollman, DeJong & Laing S.C.
111 E. Wisconsin Avenue, Suite 1400
Milwaukee, WI 53202

ATTENDANCE FEE AND ORIGINAL DEPOSITION OF:

| | | |
|---|---|---|
| Nora Neary | | 505.92 |
| Hourly | 53.75 | 53.75 |
| Minuscript(s) | 5.00 | 5.00 |
| Exhibits scanned for e-mail | 9.00 | 9.00 |
| Postage and Handling | 10.00 | 10.00 |

**TOTAL DUE >>>** $583.67

THANK YOU FOR USING PITTSBURGH REPORTING SERVICE

EXPEDITED TRANSCRIPT

** WHEN YOUR INVOICE TOTALS MORE THAN $500, YOU MAY APPLY A
QUICK-PAY DISCOUNT OF 5% IF PAYMENT IS RECEIVED WITHIN 30 DAYS.
AMOUNT DUE IF RECEIVED BY JANUARY 13: $554.49 **

www.pittsburghreportingservice.com

**Tax ID:** 26-2031585

Phone: 414.276.5000   Fax:

# INVOICE

**P R S Pittsburgh Reporting Service** (412)575-5830 Fax (412)575-5825

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 61693 | 12/12/2012 | 10313 |
| Job Date | Case No. | |
| 12/6/2012 | 12 CV 387 | |

**Case Name**

Cousins Submarines vs. Federal Insurance Co.

*10716-2*

**Payment Terms**

Net 30

Douglas P. Dehler
O'Neil, Cannon, Hollman, DeJong & Laing S.C.
111 E. Wisconsin Avenue, Suite 1400
Milwaukee, WI 53202

ATTENDANCE FEE AND ORIGINAL DEPOSITION OF:

| | | |
|---|---:|---:|
| Alison Martin, Esq. | | 542.30 |
|     Hourly | 53.75 | 53.75 |
|     Minuscript(s) | 6.00 | 6.00 |
|     Exhibits scanned for e-mail | 15.30 | 15.30 |
|     Postage and Handling | 10.00 | 10.00 |
| **TOTAL DUE >>>** | | **$627.35** |

THANK YOU FOR USING PITTSBURGH REPORTING SERVICE

EXPEDITED TRANSCRIPT

\*\* WHEN YOUR INVOICE TOTALS MORE THAN $500, YOU MAY APPLY A
QUICK-PAY DISCOUNT OF 5% IF PAYMENT IS RECEIVED WITHIN 30 DAYS.
AMOUNT DUE IF RECEIVED BY JANUARY 12: $595.98 \*\*

www.pittsburghreportingservice.com

Tax ID: 26-2031585

Phone: 414.276.5000    Fax:



# INVOICE

McCorkle Court Reporters, Inc.
200 North LaSalle Street
Suite 2900
Chicago, IL 60601
Phone:800-622-6755   Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 500079 | 3/6/2013 | 459340 |
| Job Date | Case No. | |
| 3/4/2013 | 12 CV 387 | |
| Case Name | | |
| Cousins Submarines vs. Federal Insurance Company | | |
| Payment Terms | | |
| Net 30 | | |

Douglas P. Dehler
O'Neil, Cannon, Hollman, DeJong, S.C.
111 East Wisconsin Avenue
Suite 1400
Milwaukee, WI 53202

DPD

10716 2

| | | | | |
|---|---|---|---|---|
| COPY OF TRANSCRIPT IN E-TRAN FORMAT OF: | | | | |
| Fredric Cohen | 44.00 Pages | @ | 2.35 | 103.40 |
| Two Day Delivery | | | | 24.20 |
| Exhibits, scanned | 61.00 Copies | @ | 0.35 | 21.35 |
| | **TOTAL DUE >>>** | | | **$148.95** |

Etran sent via e-mail on 3-6-13.
Thank you. We appreciate your business.
Transcript files posted in our repository at McDeps.com

**Please note our suite has changed to 2900**

**Tax ID:** 362799976



# INVOICE

'38

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 207315 | 3/15/2013 | 112963 |
| Job Date | Case No. | |
| 2/28/2013 | 12-CV-387 | |

**Case Name**

Cousins Submarines vs. Federal Insurance Company

10716-2

**Payment Terms**

Due upon receipt

710 North Plankinton Ave.
Suite 710
Milwaukee, WI 53203

Phone: 414.272.7878
Fax: 414.272.1806

*Innovation Expertise Integrity*

Mr. Douglas P. Dehler
O'Neil, Cannon, Hollman, DeJong & Laing S.C.
111 East Wisconsin Avenue
Suite 1400
Milwaukee WI 53202-4870

DPD

---

1 COPY OF THE TRANSCRIPT OF:
   William Specht                                             27.00 Pages             56.70
1 COPY OF THE TRANSCRIPT OF:
   Christine Specht-Palmert                  37.00 Pages             77.70
      Min-U-Script                                         2.00                       20.00
      Courier & Handling                                                           9.00

**TOTAL DUE >>>    $163.40**

Complimentary TEXT and PDF files e-mailed on 3/12/13.

Do you like us? Like us on Facebook! Please visit www.facebook.com/gramannreporting and follow our Facebook page to meet all that are a part of the great service you experience with Gramann Reporting.



WE SINCERELY APPRECIATE YOUR BUSINESS!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

---

Mr. Douglas P. Dehler
O'Neil, Cannon, Hollman, DeJong & Laing S.C.
111 East Wisconsin Avenue
Suite 1400
Milwaukee WI 53202-4870

| | | |
|---|---|---|
| Invoice No. | : | 207315 |
| Invoice Date | : | 3/15/2013 |
| **Total Due** | : | **$ 163.40** |

| | | |
|---|---|---|
| Job No. | : | 112963 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-387 |
| Case Name | : | Cousins Submarines vs. Federal Insurance Company |

Remit To: **Gramann Reporting, Ltd.
710 North Plankinton
Suite 710
Milwaukee WI 53203**



# INVOICE

V57

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 207313 | 3/15/2013 | 112961 |
| Job Date | Case No. | |
| 3/1/2013 | 12-CV-387 | |
| Case Name | | |
| Cousins Submarines vs. Federal Insurance Company | | |
| Payment Terms | | |
| Due upon receipt | | |

710 North Plankinton Ave.
Suite 710
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation Expertise Integrity*

Mr. Douglas P. Dehler
O'Neil, Cannon, Hollman, DeJong & Laing S.C.
111 East Wisconsin Avenue
Suite 1400
Milwaukee WI 53202-4870



10716-2

| | | |
|---|---|---|
| 1 COPY OF THE TRANSCRIPT OF: | | |
| Donald A. Morello | 68.00 Pages | 142.80 |
| Min-U-Script | | 10.00 |
| Exhibit Copies | 44.00 Pages | 11.00 |
| Courier & Handling | | 9.00 |
| | **TOTAL DUE >>>** | **$172.80** |

Complimentary TEXT and PDF files e-mailed on 3/12/13.

Do you like us? Like us on Facebook! Please visit www.facebook.com/gramannreporting and follow
our Facebook page to meet all that are a part of the great service you experience with Gramann Reporting.



WE SINCERELY APPRECIATE
YOUR BUSINESS!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Douglas P. Dehler
O'Neil, Cannon, Hollman, DeJong & Laing S.C.
111 East Wisconsin Avenue
Suite 1400
Milwaukee WI 53202-4870

Invoice No.   : 207313
Invoice Date : 3/15/2013
**Total Due**    : **$ 172.80**

Remit To: **Gramann Reporting, Ltd.**
**710 North Plankinton**
**Suite 710**
**Milwaukee WI  53203**

Job No.     : 112961
BU ID       : 1-MAIN
Case No.   : 12-CV-387
Case Name : Cousins Submarines vs. Federal Insurance
                    Company



**GRAMANN REPORTING**

710 North Plankinton Ave.
Suite 710
Milwaukee, WI 53203
PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 207484 | 3/22/2013 | 113215 |
| Job Date | Case No. | |
| 3/15/2013 | 12-CV-387 | |
| Case Name | | |
| Cousins Submarines vs. Federal Insurance Company *1016-2* | | |
| Payment Terms | | |
| Due upon receipt | | |

Mr. Douglas P. Dehler
O'Neil, Cannon, Hollman, DeJong & Laing S.C.
111 East Wisconsin Avenue
Suite 1400
Milwaukee WI 53202-4870

ORIGINAL AND 1 COPY OF THE TRANSCRIPT OF:

| | | |
|---|---|---|
| Mark M. Leitner | 60.00 Pages | 333.00 |
| Half Day Appearance | | 50.00 |
| Min-U-Script | | 10.00 |
| Errata Request | | 15.00 |
| Courier, Handling, & Archiving | | 23.00 |
| | **TOTAL DUE >>>** | **$431.00** |

Complimentary TEXT and PDF files e-mailed on 3/18/13.
Incrased courier charge reflects cost of delivering original transcript after witness signature is received.
Expedited rates applied.

Do you like us? Like us on Facebook! Please visit www.facebook.com/gramannreporting and follow
our Facebook page to meet all that are a part of the great service you experience with Gramann Reporting.



WE SINCERELY APPRECIATE
YOUR BUSINESS!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

---

Mr. Douglas P. Dehler
O'Neil, Cannon, Hollman, DeJong & Laing S.C.
111 East Wisconsin Avenue
Suite 1400
Milwaukee WI 53202-4870

Invoice No.   : 207484
Invoice Date  : 3/22/2013
**Total Due**  : **$ 431.00**

Job No.    : 113215
BU ID      : 1-MAIN
Case No.   : 12-CV-387
Case Name  : Cousins Submarines vs. Federal Insurance Company

Remit To: **Gramann Reporting, Ltd.**
**710 North Plankinton**
**Suite 710**
**Milwaukee WI 53203**

# INVOICE



**GRAMANN REPORTING**

710 North Plankinton Ave.
Suite 710
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 207482 | 3/22/2013 | 113216 |
| Job Date | Case No. | |
| 3/12/2013 | 12-CV-387 | 10716-2 |

**Case Name**

Cousins Submarines vs. Federal Insurance Company

**Payment Terms**

Due upon receipt

Mr. Douglas P. Dehler
O'Neil, Cannon, Hollman, DeJong & Laing S.C.
111 East Wisconsin Avenue
Suite 1400
Milwaukee WI 53202-4870

---

1 COPY OF THE TRANSCRIPT OF:

| | | |
|---|---|---|
| Kendall Richmond | 32.00 Pages | 67.20 |
| Min-U-Script | | 10.00 |
| Handling | | 5.00 |
| | **TOTAL DUE >>>** | **$82.20** |

Complimentary TEXT and PDF files e-mailed on 3/18/13.

Do you like us? Like us on Facebook! Please visit www.facebook.com/gramannreporting and follow our Facebook page to meet all that are a part of the great service you experience with Gramann Reporting.



WE SINCERELY APPRECIATE YOUR BUSINESS!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Douglas P. Dehler
O'Neil, Cannon, Hollman, DeJong & Laing S.C.
111 East Wisconsin Avenue
Suite 1400
Milwaukee WI 53202-4870

Invoice No.  : 207482
Invoice Date : 3/22/2013
**Total Due** : **$ 82.20**

**Remit To:** Gramann Reporting, Ltd.
710 North Plankinton
Suite 710
Milwaukee WI 53203

Job No.    : 113216
BU ID      : 1-MAIN
Case No.   : 12-CV-387
Case Name  : Cousins Submarines vs. Federal Insurance Company